Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA  94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiff GOLDEN BEAR
MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>VERVE RISK PARTNERS, a partnership; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119, an unincorporated association; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700120, an unincorporated association; and PREMIER CLAIMS MANAGEMENT, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-01111-JDP<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF**<br><br>The Hon. Jeremy D. Peterson |

Good cause having been shown,

IT IS HEREBY ORDERED that:

1. plaintiff's motion for administrative relief, ECF No. 9, is GRANTED;

2. plaintiff's request for a ruling, ECF No. 13, is DENIED as moot;

3. plaintiff opposition to defendants' motion to dismiss, or in the alternative, to stay, ECF No. 2, shall be due 14 days following the court's order on plaintiff's motion for remand, if that motion is denied;

4. defendants' reply, if any, in support of their motion to dismiss shall be due 10 days thereafter;

5. the May 22, 2025 hearing on defendants' motion to dismiss, ECF Nos. 2 & 7, is VACATED; and

6. the court will set oral argument for defendants' motion to dismiss for a date to be determined following its ruling.

IT IS SO ORDERED.

Dated:   April 28, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE