Michael D. Prough (No. 168741)
mdp@proughlaw.com
Yas-Banoo Omidi (No. 254962)
yo@proughlaw.com
PROUGH LAW, APC
1550 Parkside Dr., Ste. 200
Walnut Creek, CA  94596
Telephone: 925-433-5894
Facsimile: 925-482-0929

Attorneys for Plaintiffs GOLDEN BEAR MANAGEMENT CORPORATION and DELTA ADJUSTING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR MANAGEMENT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VERVE RISK PARTNERS, a partnership; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700119, an unincorporated association; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 50006700120, an unincorporated association; and PREMIER CLAIMS MANAGEMENT, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-01111-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**<br><br>The Hon. Jeremy D. Peterson |

## STIPULATION

Pursuant to Local Rule 143, plaintiff Golden Bear Management Corporation ("Plaintiff") and Defendants Verve Risk Partners; Certain Underwriters at Lloyd's London, Subscribing to Policy No. 500006700119; Certain Underwriters at Lloyd's London, Subscribing to Policy No. 500006700120; and Premier Claims Management, LLC (together, "Defendants")—by and through their counsel of record—hereby stipulate to the entry of an Order remanding the above-entitled action to the California Superior Court, San Joaquin County, Stockton Branch, where it is captioned as *Golden Bear Management Corporation v. Verve Risk Partners, et al.*, Case. No. STK-CV-UIC-2025-0002118.

WHEREAS Plaintiff filed a lawsuit captioned *Golden Bear Management Corporation v. Verve Risk Partners, et al.*, Case. No. STK-CV-UIC-2025-0002118 in California Superior Court, San Joaquin County, Stockton Branch on February 10, 2025, and a First Amended Complaint on February 14, 2025 (the "Action");

WHEREAS on April 15, 2025, defendant Verve Risk Partners filed a Notice of Removal of the Action to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446 (Dkt. # 1);

WHEREAS Plaintiff promptly objected to the removal and on April 16, 2025 asked Defendants to stipulate to remand;

WHEREAS Defendants disagree with Plaintiff but advised they would take Plaintiff's request under advisement;

WHEREAS on April 18, 2025 (Dkt. # 9) and on April 25, 2025 (Dkt. # 13) Plaintiff advised the Court and Defendants of its intent to move for remand on or before May 15, 2025, under 28 U.S.C. § 1447(c);

WHEREAS on May 14, 2025, Defendants have advised Plaintiff of their agreement to stipulate to the remand of this action to state court;

///

///

NOW THEREFORE, the Parties hereby stipulate to the entry of an Order to remand this Action back to the California Superior Court, San Joaquin County, Stockton Branch and request that this Court execute the Proposed Order remanding the Action contained herein.

Dated: May 14, 2025　　　　　　　　　　　PROUGH LAW, APC

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Michael D. Prough*
　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Prough

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff GOLDEN BEAR MANAGEMENT CORPORATION

Dated: May 14, 2025　　　　　　　　　　　LEHAVI STARGARDTER, LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Limor Lehavi* (as authorized 5/14/2025)
　　　　　　　　　　　　　　　　　　　　　　　　Limor Lehavi

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants VERVE RISK PARTNERS; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. 50006700119; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. 50006700120; and PREMIER CLAIMS MANAGEMENT, LLC

**[PROPOSED] ORDER**

Pursuant to the joint stipulation of all parties to the entry of an Order to remand the matter *Golden Bear Management Corporation v. Verve Risk Partners, et al.*, United States District Court, Eastern District of California, Case No. 2:25-cv-01111-JDP to state court, and for good cause shown, the matter is hereby remanded to the Superior Court of the State of California, County of San Joaquin, Stockton Branch, as *Golden Bear Management Corporation v. Verve Risk Partners, et al.*, Case. No. STK-CV-UIC-2025-0002118.  Defendants' motion to dismiss, ECF No. 2, is denied as moot.

A certified copy of this Order of remand shall be mailed to the clerk of the court of the state court. 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated:   May 15, 2025                                    _____
                                                                         JEREMY D. PETERSON
                                                                         UNITED STATES MAGISTRATE JUDGE